In re:  Case No. 18-03937-JJT  
Tom Dorsett  Chapter 13  
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4    User: PRadginsk    Page 1 of 1    Date Rcvd: Oct 04, 2018  
                      Form ID: ordsmiss    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
db         +Tom Dorsett,    1501 Westwood,    Coal Twp, PA 17866-2115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:  
        Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
        James     Warmbrodt     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited Liability Company    bkgroup@kmllawgroup.com  
        United States Trustee     ustpregion03.ha.ecf@usdoj.gov  
                                                                                 TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tom Dorsett,
    **Debtor 1**

Chapter    13

Case No.    4:18–bk–03937–JJT

## Order

    **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated September 20, 2018.

    **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: October 4, 2018

By the Court,

*[signature]*

Honorable John J. Thomas
United States Bankruptcy Judge
By: PRadginsk, Deputy Clerk

ordsmiss (05/18)